| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Raymond P. | 2. Court or Organization<br><br>U.S. District Court, District of Colorado | 3. Date of Report<br><br>11/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | **5a. Report Type (check appropriate type)**<br>[✓] Nomination     Date 11/14/2012<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>**5b.** [ ] Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>10/30/2012 |
| 7. Chambers or Office Address<br><br>633 17th Street<br>Suite 1000<br>Denver CO 80202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Raymond P. | 11/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Wheat Ridge Regional Center - Salary |
| 2. | 2012 | Wheat Ridge Regional Center - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet (Dept of Education) | School Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Raymond P. | 11/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENT Federal Credit Union (IRA-Cash) | A | Interest | L | T | | | | | |
| 2. ENT Federal Credit Union (Cash) | A | Interest | J | T | | | | | |
| 3. Bellco Credit Union (Cash) | | None | J | T | | | | | |
| 4. US Bank (Cash) | | None | J | T | | | | | |
| 5. Satcon stock | | None | | | Exempt | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

Name of Person Reporting

Moore, Raymond P.

Date of Report

11/14/2012

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 6

Name of Person Reporting

Moore, Raymond P.

Date of Report

11/14/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Raymond P. Moore

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 000 | Notes payable to banks-secured (auto) | | 16 | 824 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities | | | | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 3 | 820 |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – personal residence | | 517 | 660 |
| Real estate owned – personal residence | | 970 | 900 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 40 | 000 |   Education loans | | 30 | 652 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   Thrift Savings Plan | | 456 | 992 | | | | |
|   IRA (cash) | | 66 | 346 | | | | |
| | | | | Total liabilities | | 568 | 956 |
| | | | | Net Worth | | 968 | 282 |
| Total Assets | 1 | 537 | 238 | Total liabilities and net worth | 1 | 537 | 238 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 118 | 000 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |